UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          Case No. 09-24456

DIANE M BALDWIN

Debtor(s)

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/06/2009.

2) The plan was confirmed on 08/24/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/01/2010, 05/09/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/06/2010, 08/12/2010, 01/25/2011, 05/01/2012.

5) The case was completed on 02/11/2014.

6) Number of months from filing to last payment: 55.

7) Number of months case was pending: 60.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $17,100.00.

10) Amount of unsecured claims discharged without payment: $37,093.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $28,448.64 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $28,448.64

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,124.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,482.79 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,606.79

Attorney fees paid and disclosed by debtor:   $376.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 500 FAST CASH | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| 7TH AVENUE | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| ACE CASH EXPRESS | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| ACE CASH SERVICES | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| APEX 1 | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| APEX 1 | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 1,258.00 | 1,258.29 | 1,258.29 | 1,258.29 | 0.00 |
| ARROW SER | Unsecured | 798.00 | NA | NA | 0.00 | 0.00 |
| CBT ASPIRE | Unsecured | 709.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 2,970.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 3,448.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 2,543.00 | NA | NA | 0.00 | 0.00 |
| CORTRUST BANK | Unsecured | 813.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 662.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 520.00 | 700.00 | 700.00 | 700.00 | 0.00 |
| FIGIS INC | Unsecured | 103.00 | 103.31 | 103.31 | 103.31 | 0.00 |
| FIRST NATIONAL CREDIT CARD | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL LCC | Unsecured | 393.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL LCC | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 436.00 | NA | NA | 0.00 | 0.00 |
| FIRST SAVINGS CREDIT CARD | Unsecured | 601.00 | NA | NA | 0.00 | 0.00 |
| GEMB/WALMART | Unsecured | 473.00 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 312.00 | 312.59 | 312.59 | 312.59 | 0.00 |
| HOUSEHOLD BANK | Unsecured | 439.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD BANK | Unsecured | 416.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD FINANCE CORP | Unsecured | 11,706.00 | NA | NA | 0.00 | 0.00 |
| HSBC CARD SERVICES | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| HUSKHWAK GROUP LTD | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| INSTANT CASH | Unsecured | 685.00 | NA | NA | 0.00 | 0.00 |
| INSTANT CHECK * | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 656.00 | 928.33 | 928.33 | 928.33 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 504.00 | 504.21 | 504.21 | 504.21 | 0.00 |
| KENWOOD SERVICES | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| LEGACY VISA | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| LITTON LOAN SERVICE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 466.00 | 502.03 | 502.03 | 502.03 | 0.00 |
| MERRICK | Unsecured | 2,242.00 | NA | NA | 0.00 | 0.00 |
| MERRICK | Unsecured | 1,551.00 | NA | NA | 0.00 | 0.00 |
| PAYCHECK TODAY | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PDL LOAN CENTER | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 940.00 | 493.99 | 493.99 | 493.99 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 499.00 | 589.32 | 589.32 | 589.32 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,111.00 | 1,150.99 | 1,150.99 | 1,150.99 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,417.00 | 1,417.03 | 1,417.03 | 1,417.03 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 6,462.00 | 11,706.61 | 11,706.61 | 11,706.61 | 0.00 |
| PREMIER BANK CARD | Unsecured | 595.00 | 595.00 | 595.00 | 595.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 415.00 | 572.25 | 572.25 | 572.25 | 0.00 |
| QUICK CLICK LOANS | Unsecured | 2,000.00 | 349.67 | 349.67 | 349.67 | 0.00 |
| QUICK CLICK LOANS | Unsecured | 0.00 | 349.67 | NA | 0.00 | 0.00 |
| RESUGENT CAPITAL SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT ACQUISITION LLC | Unsecured | NA | 2,242.61 | 2,242.61 | 2,242.61 | 0.00 |
| SEVENTH AVENUE | Unsecured | 355.00 | 415.62 | 415.62 | 415.62 | 0.00 |
| SWISS COLONY | Unsecured | 339.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Secured | 212,000.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$23,841.85** | **$23,841.85** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,606.79 |
| Disbursements to Creditors | $23,841.85 |
| **TOTAL DISBURSEMENTS** : | **$28,448.64** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/02/2014            By: /s/ Tom Vaughn
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**